**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**HAROLD VON BROCK**                                                  **PETITIONER**

v.                                                                                                No. 1:07CV74-SA-D

**LAWRENCE KELLY, ET AL.**                                                 **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated August 30, 2007, and the October 10, 2007, and November 7, 2007, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 30, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

3. That this case is **CLOSED.**

THIS, the 13th day of December, 2007.

                                                                              **/s/ Sharion Aycock**
                                                                              **U. S. DISTRICT JUDGE**